JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMA NORTH AMERICA INC., a Massachusetts corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22–cv–01939–SSS-KKx<br>Judge: Honorable Sunshine Suzanne Sykes<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Complaint filed: July 28, 2022<br>Action Removed: November 2, 2022 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation for Dismissal Pursuant to |
| 2 | Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this |
| 3 | action with prejudice as to the named Plaintiff and without prejudice as to the putative |
| 4 | class.  Each party shall bear its own costs and attorneys' fees. |

IT IS SO ORDERED.

Dated: December 13, 2022        By: _____
                                    Hon. Sunshine Suzanne Sykes
                                    United State District Judge